**FILED**
February 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MGR
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Randall Molnar | §<br>§<br>§ | |
| *Plaintiff,* | § | Civ. No. 5-24-cv-00522-JKP |
| | § | |
| *v.* | §<br>§ | |
| CADENCE MCSHANE CONSTRUCTION COMPANY LLC, | §<br>§<br>§ | |
| *Defendant.* | § | |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

The District Clerk shall **UNSEAL** the complaint (ECF No. 1), the Government's "Notice of Election to Decline Intervention (ECF No. 12), and the docket, provided that ECF Nos. 3-11 shall **REMAIN SEALED**;

The District Clerk shall make this action **ACCESSIBLE** on the Court's CM/ECF system and/or PACER to the public.

The seal be lifted as to all future matters occurring in this action after the date of this Order;

The Complaint shall be **SERVED** upon Defendant by the Relator.

After service of the Complaint upon Defendant, the Relator shall **SERVE** upon Defendant the Government's "Notice of Election to Decline Intervention" (ECF No. 12) and this Order.

Parties shall SERVE all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States

MAY ORDER any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

Parties shall **SERVE** all notices of appeal upon the United States.

The District Clerk shall **SEND** all orders of this Court to the United States.

Finally, under 31 U.S.C. § 3730(b), should Relator or Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

SIGNED on February 2, 2026.

Jason Pulliam

HON. JASON K. PULLIAM
United States District Judge