IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RANDALL MOLNAR and ANDREA HUGHES, | § | |
| | § | |
| Plaintiff-Relators, | § | |
| | § | |
| v. | § | Civil Action No. 5:24-cv-522 |
| | § | |
| | § | |
| CADENCE MCSHANE CONSTRUCTION COMPANY LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT CADENCE MCSHANE CONSTRUCTION COMPANY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Cadence McShane Construction Company LLC ("CMC") discloses and states the following:

CMC is a Texas limited liability company which does not have a parent corporation. There are no publicly held corporations which own 10% or more of CMC.

Dated: April 30, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jay Dewald*
Jay Dewald
State Bar No. 24001990
Ashley Senary Dahlberg
State Bar No. 24075051
Joshua M. Taylor
State Bar No. 24139885
jay.dewald@nortonrosefulbright.com
ashley.dahlberg@nortonrosefulbright.com
joshua.taylor@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: 210-224-5575
Facsimile: 210-270-7205

*Counsel for Defendant Cadence McShane Construction Company LLC*

CERTIFICATE OF SERVICE

On April 30, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, or as otherwise indicated below, which will effect service on the following counsel of record:

Lawrence Morales, II (Attorney-in-Charge)
State Bar No. 24051077
Allison Sarah Hartry
State Bar No. 24083149
THE MORALES FIRM, P.C.
6243 IH 10 West, Suite 132
San Antonio, Texas 78201
Tel: (210) 225-0811
Email: lawrence@themoralesfirm.com
Email: ahartry@themoralesfirm.com

*Attorneys for Plaintiff-Relator*
*Randall Molnar and Andrea Hughes*

*/s/ Jay Dewald*
Jay Dewald