IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. RANDALL MOLNAR and ANDREA HUGHES, | § | |
| Plaintiff-Relators, | § | |
| v. | § | Civil Action No. 5:24-cv-522 |
| CADENCE MCSHANE CONSTRUCTION COMPANY LLC, | § | |
| Defendant. | § | |

**DEFENDANT CADENCE MCSHANE CONSTRUCTION COMPANY LLC'S NOTICE OF CONSTITUTIONAL QUESTION**

Defendant Cadence McShane Construction Company LLC ("CMC") hereby files this Notice pursuant to Federal Rule of Civil Procedure 5.1.

CMC has filed a Motion to Dismiss this lawsuit wherein it argues, *inter alia*, that the *qui tam* provisions of the False Claims Act violate the Appointments Clause, Vesting Clause, and Take Care Clause of Article II of the U.S. Constitution. *See* Dkt. No. 26 at 14–20.

CMC will serve a copy of this Notice on the United States Department of Justice.

Dated: May 4, 2026

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jay Dewald*

Jay Dewald
State Bar No. 24001990
Ashley Senary Dahlberg
State Bar No. 24075051
Joshua M. Taylor
State Bar No. 24139885
jay.dewald@nortonrosefulbright.com
ashley.dahlberg@nortonrosefulbright.com
joshua.taylor@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: 210-224-5575
Facsimile: 210-270-7205

*Counsel for Defendant Cadence McShane Construction Company LLC*

CERTIFICATE OF SERVICE

On May 4, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, or as otherwise indicated below, which will effect service on the following counsel of record:

Lawrence Morales, II (Attorney-in-Charge)
State Bar No. 24051077
Allison Sarah Hartry
State Bar No. 24083149
THE MORALES FIRM, P.C.
6243 IH 10 West, Suite 132
San Antonio, Texas 78201
Tel: (210) 225-0811
Email: lawrence@themoralesfirm.com
Email: ahartry@themoralesfirm.com

*Attorneys for Plaintiff-Relator*
*Randall Molnar and Andrea Hughes*

*VIA CERTIFIED MAIL*

Todd Blanche
Deputy Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*VIA CERTIFIED MAIL*

Erin M. Van De Walle
Assistant United States Attorney
Florida Bar No. 0099871
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7300
Fax: (210) 384-7322
Email: Erin.Van.De.Walle@usdoj.gov

*Attorney for the United States of America*

*/s/ Jay Dewald*
Jay Dewald