IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL.; | § | SA-24-CV-00522-JKP |
| *Plaintiff,* | § | |
| vs. | § | |
| CADENCE MCSHANE CONSTRUCTION COMPANY LLC, | § | |
| *Defendant.* | § | |

**ORDER STAYING DISCOVERY**

Before the Court in the above-styled action is the parties' Joint Motion to Stay Discovery Pending Resolution of Defendant's Rule 9(b) Motion to Dismiss [#36]. This action was referred to the undersigned for all non-dispositive pretrial proceedings on April 29, 2026 [#27]. On July 1, 2026, the parties appeared through counsel at an Initial Pretrial Conference. Consistent with the parties' joint motion and representations at the Initial Pretrial Conference, the Court will stay all discovery pending the District Court's resolution of Defendant Cadence McShane Construction Company LLC's Motion to Dismiss Relators' Second Amended Complaint [#26].

It is **THEREFORE ORDERED** the parties' Joint Motion to Stay Discovery Pending Resolution of Defendant's Rule 9(b) Motion to Dismiss [#36] is **GRANTED**.

**IT IS FURTHER ORDERED** that discovery is **STAYED** pending resolution of Defendant CMC's Motion to Dismiss [#26].

**IT IS FURTHER ORDERED** that, should any portion of this action remain pending following an order on the Motion to Dismiss, the parties are to confer to establish a date for the

exchange of Initial Disclosures and the completion of discovery and shall submit a proposed Scheduling Order within fourteen (14) days of that Order.

**IT IS SO ORDERED.**

SIGNED this 2nd day of July, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE